UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23653-Civ-COOKE/TORRES

ORESTES FERNANDEZ,

    Plaintiff,

vs.

ISIDORO ZARCO, M.D., P.A. and
ISIDORO ZARCO, M.D.,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Settlement Agreement and their Joint Motion for Court Approval of Settlement and Dismissal of Case with Prejudice ("Joint Motion for Approval") (ECF No. 45). I have reviewed the Joint Motion for Approval, the record, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

In their Joint Motion for Approval, the parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement and retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. Given that the parties have moved this Court for a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** that the Joint Motion for Court Approval of Settlement and Dismissal of Case with Prejudice (ECF No. 45) is **GRANTED**. The parties' Settlement Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 8th day of August 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*